IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DEBRA SECKEL )<br>    PLAINTIFF )<br>)<br>VS. )<br>DEPARTMENT STORES NATIONAL BANK )<br>    DEFENDANT ) | CASE NO.:  4:15-cv-1164-RLW |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

COMES NOW Plaintiff, Debra Seckel, and for her Notice of Settlement of her claims against Defendant Department Storese National Bank states:

1.      Plaintiff agreed to a settlement with Defendant Department Stores National Bank on or about September 16, 2015 in the above-captioned matter.

2.      Plaintiff anticipates that the necessary Releases and other settlement documents will be exchanged by the parties, and a Notice of Voluntary Dismissal will be filed on or before October 15, 2015.

**WHEREFORE**, Plaintiff prays this Court grant her leave to file the appropriate Notice of Dismissal with respect to Defendant Department Stores National Bank on or before October 15, 2015.

**HEALEY LAW, LLC**

/s/ Robert T. Healey
Robert T. Healey     EDMO # 34138MO
640 Cepi Drive, Suite A
Chesterfield, MO 63005
Telephone:    (314) 401-3261
Fax:               (636) 590-2882
Email:           bob@healeylawllc.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certified that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court to be served via operation of the Court's electronic filing system this 16th day of September, 2015 upon all counsel of record.

/s/ Robert T. Healey
