UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEBRA SECKEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:15CV1164 RLW |
| | ) |
| DEPARTMENT STORES | ) |
| NATIONAL BANK, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Pursuant to the Notice of Voluntary Dismissal filed by the Plaintiff (ECF No. 7),

**IT IS HEREBY ORDERED** that this cause of action is **DISMISSED** with prejudice, each party to bear its own costs.

Dated this 22nd day of October, 2015.

_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE